FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 AUG -3 P 12: 48

CLERK'S OFFICE
AT GREENBELT

BY___

(TW) JRB: USAO 2019R00795

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.**  GLS 21CR293 |
| | * | |
| **ANTHONY LESANE,** | * | **(Theft of Government Property,** |
| | * | **18 U.S.C. § 641)** |
| **Defendant** | * | |
| | * | |

\*\*\*\*\*\*\*

### INFORMATION

### COUNT ONE
### (Theft of Government Property)

The Acting United States Attorney for the District of Maryland charges that:

On or about August 10, 2016, in the District of Maryland, the defendant,

### ANTHONY LESANE,

did steal and purloin money of the United States and any department and agency thereof, with an

aggregate value that did not exceed $1,000.

18 U.S.C. § 641

Date: 8/3/2021

Jonathan F. Lenzner
Acting United States Attorney